| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | DAVID HARSHAW, KYSBN # 86435 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-6666x7312 |
| 5 | Fax: (916) 498-6656 |
| | david_harshaw@fd.org |
| 6 | |
| | Attorneys for Defendant |
| 7 | JOSEPH PATRICK TIMONEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6-17-mj-00097-JDP |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION AND ORDER TO** |
| | ) | **VACATE REVIEW HEARING AND** |
| vs. | ) | **TERMINATE PROBATION** |
| | ) | |
| JOSEPH PATRICK TIMONEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Comes Defendant, Joseph Timoney, by counsel David Harshaw, and hereby requests that the review hearing in this case be vacated and that the defendant's probation be terminated early.

Defendant makes this request for the following reasons:

On August 22, 2018, Defendant pled guilty to driving while his privilege is suspended or revoked for a prior DUI. The Court sentenced Defendant in accord with the agreement of the parties: (1) twelve months of unsupervised probation; (2) obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law; (3) pay a $ 10.00 special assessment fee; (4) complete a first time offender DUI course in Califronia or Ohio; (5) obtain a California or Ohio driver's license. A review hearing is currently set for August 13, 2019. Probation is set to terminate on August 22, 2019.

As of this date, Defendant has paid the entire amount of his assessment, and he has no

-1-

new law violations. Defendant also completed a first time DUI course in Ohio and has a valid Ohio driving license. Accordingly, Defendant requests that his August 13, 2019 review hearing be vacated. He also requests that his probation be terminated early. The United States, through Legal Officer Susan St. Vincent, does not oppose this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 12, 2019                     */s/ David Harshaw*
                                        DAVID HARSHAW
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        JOSEPH PATRICK TIMONEY

/ / /

/ / /

## O R D E R

The court, being sufficiently advised, **ORDERS** that the review hearing set for August 13, 2019 in Case No. 6:17-mj-00097-JDP be vacated. Further, defendant's probationary period is terminated.

IT IS SO ORDERED.

Dated:   July 18, 2019                                    _____
                                                          UNITED STATES MAGISTRATE JUDGE